

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE SCOTTS COMPANY,<br>   Plaintiff,<br>v.<br><br>U.S. HORTICULTURAL SUPPLY,<br>INC. (f/k/a E.C. GEIGER, INC.<br>a/k/a THE GEIGER COMPANIES),<br>   Defendant,<br><br>-and-<br><br>BANKNORTH, N.A.,<br>   Trustee Process/<br>   Reach-and-Apply<br>   Defendant. | CIVIL ACTION<br>No.<br><br>03 cv 12316 WGY<br><br>MAGISTRATE JUDGE _____ |

## NOTICE OF REMOVAL OF CIVIL ACTION

Defendant U.S. Horticultural Supply, Inc. ("USH"), through its counsel, hereby gives notice of the removal to this Court of the action described below that is pending in the Superior Court of the Commonwealth of Massachusetts, and aver in support thereof the following:

1. This notice is filed pursuant to 28 U.S.C. §§ 1441 and 1446.

2. USH is one of the defendants named in a civil action filed by plaintiff in the Suffolk County Superior Court of the Commonwealth of Massachusetts, Trial Department, Civil Action No. 03-5269-H (the "State Action"). Said court is located within this judicial district.

3. On or about November 5, 2003, USH's counsel accepted service in the State Action of a civil action cover sheet, summons and temporary restraining order,

~BOST1:289466.v1
310786-1

plaintiff's verified complaint, and plaintiff's *ex parte* motion for temporary reach and apply attachment/injunction. On November 19, 2003, USH's counsel received a copy of Banknorth, N.A.'s Answer to the Complaint. These documents, true and correct copies of which are attached as Exhibit "A" hereto, constitute copies of all process, pleadings and orders served upon USH in the State Action.

4. Plaintiff, The Scotts Company, is an Ohio corporation with its principal place of business at 14111 Scottslawn Road, Marysville, Ohio, 43041.

5. USH is a Pennsylvania corporation with its principal place of business at 1722 Sumneytown Pike, Kulpsville, Pennsylvania, 19443.

6. Defendant Banknorth, N.A. ("Banknorth") is national banking association organized under federal law, the principal place of business of which is in Maine, and Maine is, upon information and belief, the state indicated on Banknorth's most recent articles of association.

7. Banknorth, which is described in the caption of the State Action as a "Trustee/Process and Reach-and-Apply Defendant," is merely a disinterested stakeholder in the State Action, and as such is merely a nominal party defendant.

8. The amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

9.  Accordingly, the State Action is an action over which this Court has original jurisdiction under 28 U.S.C. § 1332(a), and the State Action is properly removed to this Court pursuant to 28 U.S.C. § 1441(a) and (b).[1]

Respectfully submitted,

*[signature]*
Lisa C. Goodheart (BBO #552755)
PIPER RUDNICK LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA 02110-2600
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Of Counsel:

Timothy C. Russell, Esquire
Monica S. Mathews, Esquire
SPECTOR GADON & ROSEN, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103
(215) 241-8888 (*telephone*)

Attorneys for Defendant
U.S. Horticultural Supply, Inc.

Dated: November 19, 2003

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL OR (BY HAND) ON  11/19/03

*[signature]*

---

[1] USH's counsel specially appears in this action, expressly preserving and not waiving its right to raise jurisdictional and venue objections and defenses in this action.