MAS-20030912
guen

**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
**Case Summary**
**Civil Docket**

11/19/2003
04:18 PM

## SUCV2003-05269
## Scotts Company v US Horticultural Supply Inc, fka

| | | | |
|---|---|---|---|
| **File Date** | 11/05/2003 | **Status** | Disposed: transfered to other court (dtrans) |
| **Status Date** | 11/19/2003 | **Session** | H - Civil H |
| **Origin** | 1 | **Case Type** | D99 - Misc equitable remedy |
| **Lead Case** | | **Track** | F |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 02/03/2004 | **Answer** | 04/03/2004 | **Rule12/19/20** | 04/03/2004 |
| **Rule 15** | 04/03/2004 | **Discovery** | 08/31/2004 | **Rule 56** | 09/30/2004 |
| **Final PTC** | 10/30/2004 | **Disposition** | 12/29/2004 | **Jury Trial** | No |

**PARTIES**

| | |
|---|---|
| **Plaintiff**<br>Scotts Company<br>Active 11/05/2003 | **Private Counsel 632738**<br>Gregory Arnold<br>Brown Rudnick Berlack Israels LLP<br>1 Financial Center<br>Boston, MA 02111<br>Phone: 617-856-8200<br>Fax: 617-856-8201<br>Active 11/05/2003 Notify |
| **Defendant**<br>US Horticultural Supply Inc, fka<br>Service pending 11/05/2003 | **Private Counsel 552755**<br>Lisa C Goodheart<br>Piper Rudnick LLP<br>One International Place<br>100 Oliver Street<br>Boston, MA 02110<br>Phone: 617-406-6000<br>Fax: 617-406-6100<br>Active 11/19/2003 Notify |
| **Alias defendant name**<br>E C Geiger Inc, aka<br>Active 11/05/2003 | |
| **Alias defendant name**<br>Geiger Companies<br>Active 11/05/2003 | |

case01 232418 y y y y y y

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

11/19/2003
04:18 PM

## SUCV2003-05269
## Scotts Company v US Horticultural Supply Inc, fka

| Trustee | Private Counsel 551010 |
|---|---|
| Banknorth NA<br>Active 11/05/2003 | Bruce D Berns<br>Abendroth Berns & Warner<br>47 Church Street<br>Suite 31<br>Wellesley, MA 02482<br>Phone: 781-237-9188<br>Fax: 781-237-8891<br>Active 11/19/2003 Notify |

**ENTRIES**

| Date | Paper | Text |
|---|---|---|
| 11/05/2003 | 1.0 | Complaint |
| 11/05/2003 | | Origin 1, Type D99, Track F. |
| 11/05/2003 | 2.0 | Civil action cover sheet filed |
| 11/05/2003 | 3.0 | Plff's ex parte Motion for temporary reach & apply attachment/injunction, allowed as TRO pending hearing see order( MacLeod,J) |
| 11/05/2003 | | Upon payment of $90.00, TRO to issue as ordered, returnable on Wednesday, in Ctrm. 16,9th Flr H session, November 12,2003 at 2:00pm re: Order See P#4 (MacLeod,J) |
| 11/05/2003 | | TEMPORARY RESTRAINING ORDER issued; $90.00 fee received, returnable on 11/12/03 in Ctrm 16,9th Flr H session at 2:00pm (MacLeod,J) |
| 11/05/2003 | 4.0 | ORDER: Tempoary Restraining Order to issue as follows, returnable on Wednesday, November 12,2003 at 2:00pm in Ctrm 16, 9th Flr (MacLeod,J) order issued |
| 11/05/2003 | 5.0 | Motion of plff for appointment of Butler & Witten as special process server, filed & allowed (MacLeod,J) |
| 11/19/2003 | 6.0 | ANSWER of Reach & Apply defendant Banknorth, N.A. |
| 11/19/2003 | | Certified copy of petition for removal to U. S. Dist. Court of Deft. U. S. Horticultural Supply, Inc. U. S. Dist.#(03-CV12316WGY). |
| 11/19/2003 | | Case REMOVED this date to US District Court of Massachusetts |

**EVENTS**

| Date | Session | Event | Result |
|---|---|---|---|
| 11/12/2003 | Civil H | Motion/Hearing: prel inj | Event not held-joint request |
| 12/04/2003 | Civil H | Motion/Hearing: prel inj | |

. HEREBY ATTEST AND CERTIFY ON NOV. 20, 2003, THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY Lorraine A. Antosca
ASSISTANT CLERK.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT
TRIAL DEPARTMENT
CIVIL ACTION NO.

03-5269 H

THE SCOTTS COMPANY,
Plaintiff
v.

U.S. HORTICULTURAL SUPPLY, INC. (f/k/a E.C. GEIGER, INC. a/k/a THE GEIGER COMPANIES),
Defendant
and

BANKNORTH, N.A.,
Trustee Process/Reach-and-Apply Defendant

SUFFOLK SUPERIOR COURT
CIVIL CLERK'S OFFICE
2003 NOV -5 A 11: 15
MICHAEL JOSEPH DONOVAN
CLERK/MAGISTRATE

## VERIFIED COMPLAINT

Plaintiff, The Scotts Company ("Scotts"), brings this action against defendant, U.S. Horticultural Supply, Inc. (f/k/a E.C. Geiger, Inc., a/k/a The Geiger Companies), and reach-and-apply defendant, Banknorth N.A. and avers as follows:

## I. PARTIES

1. Scotts is an Ohio corporation with its principal place of business at 14111 Scottslawn Road, Marysville, Ohio 43041. Scotts is a manufacturer and seller of horticultural products, including fertilizers, pesticides, soils and related products.

2. U.S. Horticultural Supply, Inc. (f/k/a E.C. Geiger, Inc., a/k/a The Geiger Companies) ("Geiger") is upon information and belief a Pennsylvania corporation with its principal place of business at 1722 Sumneytown Pike, Kulpsville, Pennsylvania 19443 and the legal successor to E.C. Geiger, Inc. a/k/a The Geiger Companies.

3. Trustee Process/reach-and-apply defendant Banknorth N.A., ("Banknorth") is, upon information and belief, New England's third-largest banking institution with locations

12. Throughout the applicable period of the Distributor Agreement, Geiger ordered shipments of products from Scotts.

13. Scotts shipped the products ordered, and those products were resold by Geiger.

14. On or about October 31, 2002, Ronald Soldo, acting on behalf of Geiger as its President, expressly acknowledged in writing that the amount due and owing on Geiger's statement of account with Scotts pursuant to the Distributor Agreement is $1,359,431.62. *See* Signed facsimile attached hereto as Exhibit A.

15. On or about November 1, 2002, Geiger sold all of its operating assets to Griffin, including but not limited to all fixed assets, all inventory, including all materials and supplies, all customer lists, all business files and records, all intellectual property, Geiger's interest in its web site, telephone and telefax numbers, all exclusive distribution rights, all permits, all advertising materials and all goodwill relating to the acquired assets.

16. Upon information and belief, on or about November 1, 2002, Geiger ceased all business activities as a distributor of horticultural products.

17. Upon information and belief, following the asset sale, Geiger's sole remaining assets were its accounts receivable and the Escrow Fund. However, Geiger has refused to provide Scotts with information regarding the accounts receivable, including the amounts outstanding, for how long they have been outstanding, and the efforts, if any, that Geiger has made to collect these funds.

18. Geiger's failure to pay Scotts for the products received constitutes a breach of the Distributor Agreement. Thus, Scotts is seeking $1,359,431.62 in damages from Geiger for breach of contract.

19. Scotts has made repeated demands on Geiger for payment of the past due amounts, but Geiger has failed to pay. In the course of those demands, Scotts and Geiger exchanged settlement offers, and even reached an agreement on the amount of a settlement. According to Geiger's counsel, the only issue that remained outstanding was the timing of the payments to Scotts. Scotts sought to resolve this issue, and went so far as to provide Geiger with a written settlement proposal.

20. For approximately two weeks, Scotts was led to believe that a settlement was imminent. Geiger, however, facing the certainty of finally having to pay its obligation to Scotts, stopped communicating with Scotts.

21. Then, in an attempt to further delay satisfying its acknowledged obligation to Scotts, Geiger suddenly and without warning filed suit against Scotts in the United States District Court for the Eastern District of Pennsylvania, alleging anti-trust, promissory estopple and breach of contract claims (the "Pennsylvania Litigation").

22. Scotts filed a motion to dismiss the anti-trust claim, and to compel Geiger to arbitrate the promissory estoppel claims. This motion is currently awaiting disposition by the Court.

23. The Distributor Agreement includes an arbitration provision which provides, inter alia, that disputes such as Scotts' claim for payment are subject to arbitration. Therefore, on or about March 18, 2003, Scotts served on Geiger a demand for arbitration.

24. Geiger acknowledged that Scotts' claim was subject to arbitration. Notwithstanding this fact, Geiger refused to consent to the appointment of an arbitrator or a governing arbitration authority, forcing Scotts to file a Motion to Compel Arbitration in the United States District Court for the Southern District of Ohio (the "Ohio Litigation").

25. In defending against the Ohio Litigation, Geiger again admitted that Ronald Soldo confirmed that Geiger had received products the price of which totaled $1,359,431.62 and for which payment had yet to be made.

26. On October 20, 2003, the Southern District of Ohio granted Scotts' Motion to Compel Arbitration. Consistent with this Order, Scotts is presently seeking to arbitrate its breach of contract claim against Geiger (the "Arbitration").

27. For over a year, Geiger has intentionally delayed Scotts' ability to obtain a judgment and collect the amounts that Geiger acknowledged that it had not paid.

28. During that year, Geiger's accounts receivable were, upon information and belief, further dissipated. Upon information and belief, Geiger used its accounts receivable to pay certain creditors, while continually refusing to pay Scotts and interfering with its contractual right to collect these amounts through arbitration.

29. Therefore, to Scotts' knowledge, the Escrow Fund constitutes one of very few, if not the sole asset, of Geiger upon which Scotts can collect a portion of its claim.

30. Scotts' claim against Geiger and Banknorth is based on Geiger's debt to Scotts in the amount of $1,359,431.62. Scotts supplied consideration to Geiger in the form of products shipped to it, and payment of the $1,359,431.62 by Geiger would discharge Geiger's obligation to Scotts.

31. Scotts now seeks to reach and apply the Escrow Fund. Upon information and belief, the Escrow Fund is presently being held by Banknorth in an escrow account. The Escrow Fund has a value of approximately $100,000.00, plus accrued interest and less any claims made against it by Griffin.

32. Geiger has a right, title or interest in the Escrow Fund, and that right, title or interest is such that it may be assigned.

33. There is no known insurance available to satisfy the judgment that Scotts will obtains against Geiger.

34. The Escrow Fund may not be reached to be attached or taken on execution except pursuant to G.L. ch. 214 § 3(6). The Escrow Fund is due conditionally to Geiger, subject to the terms of the escrow agreement.

35. Scotts has a very high likelihood of success on the merits of its claim against Geiger. Geiger has acknowledged in writing two times that it had received $1,359,431.62 worth of products from Scotts for which payment has yet to be made.

**WHEREFORE**, The Scotts Company respectfully requests equitable relief in the form of an injunction against U.S. Horticultural Supply, Inc., formerly known as E.C. Geiger, Inc. a/k/a The Geiger Companies and Trustee Process/Reach-and-apply defendant Banknorth, N.A., as escrow agent for the Escrow Fund, as set forth below. More specifically, Scotts asks that this Court enter an Order:

(1) Restraining and/or preliminarily enjoining Banknorth from releasing the Escrow Funds to Geiger until the Arbitration and Ohio Litigation are completed;

(2) Restraining and/or preliminarily enjoining Geiger from assigning, transferring or otherwise impairing its rights or interest in the Escrow Fund until the Arbitration and Ohio Litigation are completed; and

(3) After trial, issue an order that Scotts be permitted to reach and apply the Escrow Fund in satisfaction of any judgments entered in its favor against Geiger; and

(4) Granting any other and such further relief as this Court deems just.

THE SCOTTS COMPANY

By its Attorneys,

Gregory T. Arnold (BBO# 632738)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, Massachusetts 02111
Tel (617) 856-8200
Fax (617) 856-8201

Dated: November 5, 2003

#1237990 v\1 - arnoldgt - qj8m01!.doc - 24091/1

I HEREBY ATTEST AND CERTIFY ON NOV. 20, 2003, THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY. ______
ASSISTANT CLERK.

**VERIFICATION**

I, Lisa Wallace, Senior Financial Analyst of The Scotts Company, verify that I have read the above Verified Complaint against U.S. Horticultural Supply, Inc. (f/k/a E.C. Geiger, Inc.) and Banknorth, N.A. (as reach and apply defendant), and the allegations set forth therein are true and accurate based on my personal knowledge, except for those allegations based on information and belief, and, as to those allegations, I believe them to be true.

Signed under the pains and penalties of perjury, this 4th day of November, 2003.

[signature]

Name: Lisa Wallace
Title: Senior Financial Analyst

SUPERIOR COURT DEPT.
SUFFOLK, ss. November 5, 2003
date, at 1:30 P.M. THE COURT HAVING FOUND THAT NO NECESSITY EXISTS FOR THE GIVING OF SECURITY PURSUANT TO RULE 65 (c) OF THE MASS. R. CIV. P., IT IS ORDERED THAT UPON PAYMENT TO THE CLERK/MAGISTRATE IN THE SUM OF ______ NOTICE TO SHOW CAUSE TO ISSUE
(✓) WITH TEMPORARY RESTRAINING ORDER see order
( ) UNDER PRAYER(S) ______
RETURNABLE IN THE II SESSION-ROOM 6 AT 2:00 P.M. ON November 12, 2003
BY THE COURT (MacLeod J.)
ATTEST: [signature]
Assistant Clerk

E. Gebrick
order issued

11/5/03
$90.00 FEE PAID
TRO
[initials]

EX A

10/31/02 12:10 FAX 1 937 644 7568 SCOTTS LOFT WEST 001

Director & Associate General Counsel
14111 Scottslawn Road, Marysville, Ohio 43041
Telephone—Direct Line (937) 644-7560
Facsimile (937) 644-7568

| To: Gerald Chalphin, Esq. | From: Vincent C. Brockman |
|---|---|
| Fax: (215) 241-8844 | Pages: 14 |
| Phone: | Date: 10/31/2002 |
| Re: E.C. Geiger Account Balance | CC: |

☐ Urgent x For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

• Comments:

Dear Garry:

Attached is the E.C. Geiger Account Balance which Karen at Geiger has been working on with Debbie at Scotts.

Note that Scotts has applied various credits requested by Geiger to the balance and has offset approximately $62,000, the amount due under the 2002 distributorship rebate program.

Please have Mr. Soldo acknowledge and agree that the final amount of $1,359,431.62 is the correct amount owing to Scotts and that the attached aging is correct by signing below and faxing back a copy of this entire document to me at (937) 644-7568.

Sincerely,

[signature]

Vincent C. Brockman

ACKNOWLEDGED AND AGREED:

E.C. Geiger Inc. by Ron Soldo

[signature] 10/31/02

E C GEIGER INC
PO Box 285
HARLEYSVILLE PA 19438

Date
10/31/2002
Our Representative
Debbie Lowe
Telephone
937-644-7656
Fax
937-645-2593
E-mail
DEBBIE.LOWE@SCOTTS.COM
Your account with us
302490

HARLEYSVILLE PA 19438

Acct #: 302490
10/31/2002

Please Remit To:

The Scotts Company
PO Box 93211
Chicago IL 60673-3211
US

| Doc. Number | Doc. Date | Amount | Due Date | Arrears on 10/31/2002 | Store Number | Purchase Order |
|---|---|---|---|---|---|---|
| 1800000127 | 02/18/2000 | 164.11- | 04/01/2000 | 882 | | |
| 1800000137 | 02/18/2000 | 103.83- | 06/01/2000 | 882 | | |
| 1600000212 | 03/17/2000 | 812.28- | 07/01/2000 | 862 | | |
| | credit dycomb pricing | | | | | |
| 1800000276 | 04/17/2000 | 141.70- | 04/17/2000 | 927 | | |
| | credit for samples order#427100 inv#437768 | | | | | |
| 1800000276 | 04/17/2000 | 280.80- | 04/17/2000 | 927 | | |
| | credit samples order#120087 inv#547348(geiger) | | | | | |
| 1800000277 | 04/17/2000 | 198.83- | 04/17/2000 | 927 | | |
| | credit samples order#130083 inv#540487(geiger) | | | | | |
| 1800000278 | 04/17/2000 | 165.85- | 04/17/2000 | 927 | | |
| | credit samples order#130087, inv#542098(geiger) | | | | | |
| 1800000338 | 05/24/2000 | 11.11- | 05/24/2000 | 830 | | |
| | yellow credit inv 547322 | | | | | |
| 1800000338 | 05/24/2000 | 281.84- | 05/24/2000 | 830 | | |
| | 423887 trial-product shipped to cornell research | | | | | |
| 1000010482 | 06/15/2000 | 28.06- | 06/15/2000 | 873 | | |
| | [illegible] as pro-forma 0002 0613/ [illegible] | | | | | |
| 1800000426 | 07/05/2000 | 186.87- | 07/05/2000 | 848 | | |
| 90276634 | 08/00/2000 | 615.44- | 01/10/2001 | 653 | | 441731 |

| Doc. Number | Doc. Date | Amount |
|---|---|---|
| 1800000127 | 02/18/2000 | 164.11- |
| 1800000127 | 02/18/2000 | 103.48- |
| 1600000212 | 03/17/2000 | 812.10- |
| 1800000276 | 04/17/2000 | 141.70- |
| 1800000276 | 04/17/2000 | 280.80- |
| 1800000277 | 04/17/2000 | 198.83- |
| 1800000278 | 04/17/2000 | 198.45- |
| 1800000338 | 05/24/2000 | 11.11- |
| 1800000338 | 05/24/2000 | 281.84- |
| 1000010482 | 06/15/2000 | 28.85- |
| 1800000426 | 07/05/2000 | 186.87- |
| 90276634 | 08/06/2000 | 615.44- |

Mw
10/31/02

OCT 30 2003 11:47 FR SHUL EWING 215 972 7725 TO 2843#16128#82402 P.04/15

10/31/02 12:11 FAX 1 937 644 7568 SCOTTS LOFT WEST ☒003

10/31/02 THU 11:46 FAX 937 645 2893 SCOTTS ☒002

B C GEIGER INC
PO Box 285
HARLEYSVILLE PA 19438

Date
10/31/2002

Page
2

The Scotts Company
PO Box 93211
Chicago IL 60673-3211
US

PO BOX 285
HARLEYSVILLE PA 19438

Acct #: 302490
10/31/2002

| Doc. Number | Doc. Date | Amount | Due Date | Amount as 10/31/2002 | Status Number | Purchase Order |
|---|---|---|---|---|---|---|
| | | | | | | 4392428 |
| 00277621 | 08/17/2000 | 57.21- | 08/10/2000 | 873 | | |
| 1000000508 | 09/28/2000 | 7,140.00- | 09/28/2000 | 782 | | |
| | CREDIT FOR PRICING ERROR FOR OVATION SHIPPED | | | | | 223743 |
| | | 359.38- | 10/10/2001 | 508 | | 227604 (218119 |
| 00228630 | 11/15/2000 | 2,488.55- | 01/10/2001 | 688 | | |
| 30402164 | 02/16/2001 | 103.82- | 06/28/2001 | 489 | | |
| 1000002778 | 06/25/2001 | | | | | |
| | CREDIT/FREIGHT REMEDIES SAMPLES—LOWE | | | | | |
| | | 1,434.80 | 01/07/2002 | 287 | | |
| 100007530 | 01/07/2002 | | | | | |
| | shortpaid ch#39308 12/06/01(as cust backup 2/7) | | | | | 376005 LOAD 1 |
| | | 2,082.21 | 08/30/2002 | 31 | | 458608 |
| 80902812 | 02/25/2002 | 6,186.12 | 09/30/2002 | 31 | | 756454 |
| 80910069 | 02/28/2002 | 6,774.30 | 09/10/2002 | 31 | | 174835 |
| 80910279 | 02/28/2002 | 2,078.21 | 09/10/2002 | 31 | | 176058 |
| 80912398 | 03/01/2002 | 2,078.21 | 09/10/2002 | 31 | | 457708 |
| 80912289 | 03/01/2002 | 2,218.50 | 09/30/2002 | 31 | | 171348 |
| 80916828 | 03/04/2002 | 5,883.96 | 09/30/2002 | 31 | | 172182 |
| 80917018 | 03/04/2002 | 5,508.38 | 09/30/2002 | 31 | | 180307 |
| 80920388 | 03/06/2002 | 4,448.46 | 09/30/2002 | 31 | | 171433 |
| 80924748 | 03/07/2002 | 170.00- | 03/07/2002 | 238 | | 457212 |
| 80925068 | 03/07/2002 | 3,315.08 | 09/10/2002 | 31 | | 457711 |
| 80930139 | 03/08/2002 | 3,315.08 | 09/10/2002 | 31 | | 178388 |
| 80931808 | 03/11/2002 | 5,208.28 | 09/30/2002 | 31 | | 457186 |
| 80931819 | 03/11/2002 | 2,218.50 | 09/30/2002 | 31 | | 458242 |
| 80945178 | 03/11/2002 | 4,184.01 | 09/30/2002 | 31 | | |
| 80933713 | 03/12/2002 | | | | | |

| Doc. Number | Doc. Date | Amount |
|---|---|---|
| 00277621 | 08/17/2000 | 57.21- |
| 1000000508 | 09/28/2000 | 7,140.00- |
| 00228630 | 11/15/2000 | 359.38- |
| 80402164 | 02/16/2001 | 2,488.55- |
| 1000002778 | 06/25/2001 | 103.82- |
| 100007530 | 01/07/2002 | 1,434.80 |
| 80902812 | 02/25/2002 | 2,082.21 |
| 80910069 | 02/28/2002 | 6,186.12 |
| 80910279 | 02/28/2002 | 6,774.30 |
| 80912398 | 03/01/2002 | 2,078.21 |
| 80912289 | 03/01/2002 | 2,078.21 |
| 80916828 | 03/04/2002 | 2,218.50 |
| 80917018 | 03/04/2002 | 5,883.96 |
| 80920388 | 03/06/2002 | 5,508.38 |
| 80924748 | 03/07/2002 | 4,448.46 |
| 80925068 | 03/07/2002 | 170.00- |
| 80930139 | 03/08/2002 | 3,315.08 |
| 80931808 | 03/11/2002 | 3,315.08 |
| 80931819 | 03/11/2002 | 5,208.28 |
| 80945178 | 03/11/2002 | 2,218.50 |
| 80933713 | 03/12/2002 | 4,184.01 |

10/31/2002 12:12 FAX

PO Box 285
HARLEYSVILLE PA 19438

Acct #: 302490
10/31/2002

H C GEIGER INC
PO Box 285
HARLEYSVILLE PA 19438

Date
10/31/2002

Page
3

The Scotts Company
PO Box 93211
Chicago IL 60673-3211
US

| Doc. Number | Inv. Date | Amount | Due Date | Arrears on 10/31/2002 | Store Number | Purchase Order |
|---|---|---|---|---|---|---|
| 90833839 | 03/12/2002 | 2,402.15 | 08/10/2002 | 31 | | 177286 |
| 90834035 | 03/12/2002 | 2,131.66 | 08/30/2002 | 31 | | 177876 |
| 90928198 | 03/14/2002 | 2,216.78 | 08/30/2002 | 31 | | 457707 |
| 90939244 | 03/14/2002 | 3,908.63 | 08/30/2002 | 31 | | 178478 |
| 90939271 | 03/14/2002 | 2,216.80 | 08/30/2002 | 31 | | 457708 |
| 90930415 | 03/14/2002 | 2,083.21 | 08/30/2002 | 31 | | 178803 LOAD 2 |
| 90940010 | 03/18/2002 | 6,284.65 | 08/30/2002 | 31 | | 458803 |
| 90948098 | 03/18/2002 | 4,957.96 | 08/30/2002 | 31 | | 179215 |
| 90960220 | 03/21/2002 | 2,812.93 | 08/30/2002 | 31 | | 178235 |
| 90960215 | 03/21/2002 | 3,616.97 | 08/30/2002 | 31 | | 180120 |
| 90960240 | 03/21/2002 | 2,592.32 | 08/30/2002 | 31 | | 178484 |
| 90967673 | 03/22/2002 | 8,001.13 | 08/30/2002 | 30 | | 163906 |
| 91058207 | 04/20/2002 | 1,478.82 | 09/28/2002 | 32 | | 176432 LOAD 2 4/ |
| 91072819 | 05/01/2002 | 1,473.82 | 09/28/2002 | 27 | | 176432 LOAD 1 4/ |
| 91077327 | 05/07/2002 | 1,472.92 | 10/04/2002 | 28 | | 176432 LOAD 1 5/ |
| 91080263 | 05/08/2002 | 1,473.02 | 10/08/2002 | 174 | | 176432 LOAD 1 4/ |
| 100111525 | 05/10/2002 | 7,700.00- | 05/10/2002 | | | |
| | old system inv#7063159 8/06-credit due -D.Lowe | | | 174 | | |
| 100111625 | 05/10/2002 | 7,934.00- | 05/10/2002 | | | |
| | old system inv #705445 3/30/00-credit due-D.Lowe | | | 174 | | |
| 100111525 | 06/10/2002 | 5,382.06- | 06/10/2002 | | | |
| | old system inv #767932 1/21/07-credit due-D.Lowe | | | | | |
| 91039028 | 09/10/2002 | 1,473.02 | 10/12/2002 | 18 | | 176432 LOAD 1 5/ |
| 91050144 | 06/17/2002 | 1,473.82 | 10/14/2002 | 17 | | 176432 LOAD 2 5/ |

| Doc. Number | Inv. Date | Amount |
|---|---|---|
| 90833839 | 03/12/2002 | 2,402.15 |
| 90834035 | 03/12/2002 | 2,131.66 |
| 90928198 | 03/14/2002 | 2,216.78 |
| 90939244 | 03/14/2002 | 3,908.63 |
| 90939271 | 03/14/2002 | 2,216.80 |
| 90930415 | 03/14/2002 | 2,083.21 |
| 90940010 | 03/18/2002 | 6,284.65 |
| 90948098 | 03/18/2002 | 4,957.96 |
| 90960220 | 03/21/2002 | 2,812.93 |
| 90960215 | 03/21/2002 | 3,616.97 |
| 90960240 | 03/21/2002 | 2,592.32 |
| 90967673 | 03/22/2002 | 8,001.13 |
| 91058207 | 04/20/2002 | 1,473.82 |
| 91072819 | 05/01/2002 | 1,472.82 |
| 91077327 | 05/07/2002 | 1,478.82 |
| 91080263 | 05/08/2002 | 1,473.02 |
| 100111525 | 05/10/2002 | 7,700.00- |
| 100111625 | 05/10/2002 | 7,934.00- |
| 100111525 | 06/10/2002 | 5,382.06- |
| 91039028 | 06/10/2002 | 1,473.02 |
| 91050144 | 06/17/2002 | 1,473.82 |

[illegible signature]
10/31

H C GEIGER INC
PO Box 285
HARLEYSVILLE PA 19438

Date
10/31/2002

Page
4

The Scotts Company
PO Box 93211
Chicago IL 60673-3211
US

PO Box 285
HARLEYSVILLE PA 19438

Acct #: 302490
10/31/2002

| Doc. Number | Doc. Date | Amount | Due Date | Arrears on 10/31/2002 | Store Number | Purchase Order |
|---|---|---|---|---|---|---|
| 91105412 | 06/17/2002 | 164.00- | 06/17/2002 | 107 | | CLAIM NO. 176878 |
| 91117076 | 06/24/2002 | 8,188.71 | 08/21/2002 | 45 | | 184670 |
| 91117102 | 06/24/2002 | 9,017.40 | 08/21/2002 | 40 | | 186120 |
| 91117114 | 06/24/2002 | 18,477.10 | 08/21/2002 | 48 | | 185118 |
| 91124128 | 06/28/2002 | 1,423.82 | 10/28/2002 | 6 | | 176432 WEEK 21 - |
| 91114184 | 06/28/2002 | 24,272.00 | 08/28/2002 | 35 | | 188112 |
| 91125889 | 06/28/2002 | 1,451.28 | 10/28/2002 | 5 | | 176432 WEEK 22 - |
| 91128588 | 06/30/2002 | 4,988.88 | 08/27/2002 | 34 | | 186278 |
| 91122571 | 08/31/2002 | 2,360.80 | 10/28/2002 | 31 | | 480156 |
| 91132278 | 07/31/2002 | 30,935.41 | 08/28/2002 | 32 | | 186771 |
| 91135641 | 08/03/2002 | 10,744.82 | 10/01/2002 | 38 | | 185876 |
| 91136038 | 08/03/2002 | 128.15- | 08/28/2002 | 41 | | 458888 |
| 91136511 | 08/03/2002 | 24,824.40 | 10/01/2002 | 38 | | 186658 |
| 91136771 | 08/03/2002 | 32,713.78 | 10/01/2002 | 30 | | 400728 |
| 91138358 | 08/04/2002 | 2,350.60 | 10/02/2002 | 29 | | 480557 |
| 91138708 | 08/04/2002 | 2,894.38 | 10/02/2002 | 28 | | 458180 |
| 91138888 | 08/04/2002 | 1,481.28 | 11/01/2002 | 1- | | 176432 - WEEK 23 |
| 91164170 | 08/06/2002 | 2,358.60 | 10/04/2002 | 27 | | 480588 |
| 91161827 | 08/10/2002 | 19,033.32 | 10/09/2002 | 13 | | 108580 |
| 91154277 | 08/11/2002 | 23,088.82 | 10/01/2002 | 22 | | 430010 |
| 91158851 | 08/13/2002 | 7,722.80 | 10/11/2002 | 20 | | 186520 |
| 91158858 | 08/13/2002 | 11,314.06 | 10/11/2002 | 20 | | 188877 |
| 91169081 | 08/13/2002 | 1,461.38 | 11/10/2002 | 10- | | 176432 - WEEK 24 |
| 91161356 | 08/14/2002 | 6,917.88 | 11/11/2002 | 11- | | 188835 - A |

| Doc. Number | Doc. Date | Amount |
|---|---|---|
| 91105412 | 06/17/2002 | 164.00- |
| 91117076 | 06/24/2002 | 8,889.72 |
| 91117102 | 06/24/2002 | 9,017.40 |
| 91117114 | 06/24/2002 | 18,477.38 |
| 91124128 | 06/28/2002 | 1,472.82 |
| 91114184 | 06/28/2002 | 24,272.80 |
| 91125889 | 06/28/2002 | 1,451.30 |
| 91128588 | 06/30/2002 | 4,988.88 |
| 91132571 | 07/31/2002 | 2,360.60 |
| 91132278 | 07/31/2002 | 30,935.01 |
| 91135641 | 08/03/2002 | 10,744.82 |
| 91136038 | 08/03/2002 | 128.15- |
| 91136511 | 08/03/2002 | 14,834.40 |
| 91136771 | 08/03/2002 | 32,713.78 |
| 91138358 | 08/04/2002 | 2,350.80 |
| 91138780 | 08/04/2002 | 2,894.38 |
| 91138818 | 08/04/2002 | 1,481.88 |
| 91144110 | 08/06/2002 | 2,360.00 |
| 91151827 | 08/10/2002 | 19,033.32 |
| 91154237 | 08/11/2002 | 23,088.82 |
| 91158851 | 08/13/2002 | 7,722.80 |
| 91158858 | 08/13/2002 | 11,314.08 |
| 91169031 | 08/13/2002 | 1,461.38 |
| 91161356 | 08/14/2002 | 6,917.80 |



10/31/02 12:11 FAX 1 937 644 7388 SCOTTS LOFT WEST ☒006
0/31/02 THU 11:47 FAX 937 645 2893 SCOTTS ☒005

E C GEIGER INC
PO Box 285
HARLEYSVILLE PA 19438

Date
10/31/2002

Page
5

The Scotts Company
PO Box 93211
Chicago IL 60673-3211
US

PO Box 285
HARLEYSVILLE PA 19438
Acct #: 302498
10/31/2002

| Doc. Number | Doc. Date | Amount | Due Date | Age/Days on 10/31/2002 | Status Number | Purchase Order | Doc. Number | Doc. Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 91165432 | 08/18/2002 | 1,451.38 | 11/15/2002 | 16- | | 176432 - WEEK 26 | 91165432 | 08/18/2002 | 1,451.38 |
| 91167697 | 08/18/2002 | 33,865.02 | 10/13/2002 | 14 | | 187881 | 91167697 | 08/18/2002 | 33,865.02 |
| 91161708 | 08/19/2002 | 1,451.38 | 11/16/2002 | 18- | | 176432 - WEEK 21 | 91167708 | 08/19/2002 | 1,451.38 |
| 91167727 | 08/19/2002 | 22,818.52 | 10/17/2002 | 14 | | 187270 | 91167727 | 08/19/2002 | 22,818.52 |
| 91170182 | 08/20/2002 | 4,901.71 | 01/10/2003 | 71- | | 400185 | 91170182 | 08/20/2002 | 4,901.71 |
| 91170274 | 08/20/2002 | 27,843.48 | 10/18/2002 | 13 | | 187914 | 91170274 | 08/20/2002 | 27,843.48 |
| 91174020 | 08/24/2002 | 5,153.01 | 01/10/2003 | 71- | | 180978 | 91174021 | 08/24/2002 | 5,153.01 |
| 91174027 | 08/24/2002 | 12,978.88 | 10/22/2002 | 8 | | 187227 | 91174027 | 08/24/2002 | 12,978.88 |
| 91174411 | 08/24/2002 | 1,451.38 | 11/21/2002 | 21- | | 176432 - WEEK 26 | 91174411 | 08/24/2002 | 1,451.38 |
| 91174414 | 08/24/2002 | 2,283.53 | 11/21/2002 | 21- | | 176432 - WEEK 25 | 91174414 | 08/24/2002 | 2,283.53 |
| 91174417 | 08/24/2002 | 3,944.62 | 01/10/2003 | 71- | | 187721 | 91174417 | 08/24/2002 | 3,944.62 |
| 91176040 | 08/24/2002 | 1,451.38 | 11/22/2002 | 22- | | 176432 - WEEK 24 | 91176040 | 08/25/2002 | 1,451.38 |
| 91178044 | 08/25/2002 | 1,451.38 | 11/22/2002 | 22- | | 176432 - WEEK 23 | 91178044 | 08/25/2002 | 1,451.38 |
| 91178132 | 08/26/2002 | 5,150.01 | 01/10/2003 | 71- | | 187847 | 91178132 | 08/26/2002 | 5,150.01 |
| 91178141 | 08/26/2002 | 4,920.76 | 01/10/2003 | 71- | | 188020 | 91178141 | 08/26/2002 | 4,920.76 |
| 91178227 | 08/26/2002 | 1,451.35 | 11/23/2002 | 23- | | 176432 - WEEK 20 | 91178227 | 08/26/2002 | 1,451.38 |
| 91182476 | 08/28/2002 | 3,944.62 | 01/10/2003 | 71- | | 188268 | 91182476 | 08/28/2002 | 3,944.62 |
| 91182579 | 08/28/2002 | 23,363.82 | 10/28/2002 | 6 | | 188484 | 91182579 | 08/28/2002 | 23,363.82 |
| 91186476 | 08/28/2002 | 7,660.08 | 10/28/2002 | 3 | | 186772 | 91186476 | 08/30/2002 | 7,660.08 |
| 91186477 | 08/28/2002 | 14,082.16 | 10/28/2002 | 3 | | 187915 | 91186477 | 08/30/2002 | 14,082.16 |
| 91186479 | 08/30/2002 | 4,828.72 | 01/10/2003 | 71- | | 400402 | 91186479 | 08/30/2002 | 4,828.72 |
| 91184851 | 07/01/2002 | 1,451.38 | 11/28/2002 | 28 | | 176432 - WEEK 21 | 91184851 | 07/01/2002 | 1,451.38 |
| 91184853 | 07/01/2002 | 2,220.83 | 01/10/2003 | 71- | | 182010 | 91184853 | 07/01/2002 | 2,220.83 |
| 91184856 | 07/01/2002 | 1,451.38 | 11/24/2002 | 20- | | 176432 - WEEK 28 | 91184856 | 07/01/2002 | 1,451.38 |

[handwritten initials] 10/31/02

11 FAX 1 937 644 7568 SCOTTS LOFT WEST
11:48 FAX 937 645 2585 SCOTTS
007
008
10/31/2002 13:02 FAX

HARLEYSVILLE PA 19438

Acct #: 302490
10/31/2002

H C GEIGER INC
PO Box 285
HARLEYSVILLE PA 19438

Date 10/31/2002

Page 6

The Scotts Company
PO Box 93211
Chicago IL 60673-3211
US

| Doc. Number | Doc. Date | Amount | Due Date | Account as 10/01/2002 | Store Number | Purchase Order |
|---|---|---|---|---|---|---|
| 91189137 | 07/02/2002 | 2,230.63 | 01/10/2003 | 71- | | 192007 |
| 91189323 | 07/02/2002 | 2,233.80 | 10/30/2002 | 1 | | 481601 |
| 91189327 | 07/02/2002 | 1,461.28 | 10/29/2002 | 29- | | 176432 - WEEK 27 |
| 91189549 | 07/02/2002 | 3,201.80 | 01/10/2003 | 71- | | 468119 |
| 91189099 | 07/03/2002 | 1,451.30 | 11/30/2002 | 58- | | 176432 - WEEK 27 |
| 91189141 | 07/08/2002 | 1,338.87 | 12/06/2002 | 35- | | 176432 (ADDITION |
| 91190774 | 07/08/2002 | 5,187.13 | 01/10/2003 | 71- | | 380881 |
| 91191891 | 07/08/2002 | 1,461.28 | 12/06/2002 | 88- | | 176412 - WEEK 27 |
| 91192011 | 07/09/2002 | 3,662.35 | 01/10/2003 | 71- | | 188272 |
| 91192801 | 07/09/2002 | 2,230.63 | 01/10/2003 | 71- | | 102012 |
| 91192783 | 07/10/2002 | 35,083.28 | 11/27/2002 | 7- | | 481701 |
| 91193478 | 07/10/2002 | 1,451.30 | 12/07/2002 | 37- | | 176432 - WEEK 27 |
| 91193878 | 07/10/2002 | 2,306.30 | 11/02/2002 | 7- | | 481614 |
| 91193891 | 07/10/2002 | 1,461.28 | 12/02/2002 | 37- | | 176432 - WEEK 28 |
| 91195184 | 07/11/2002 | 33,848.18 | 11/06/2002 | 8- | | 180085 |
| 91195802 | 07/11/2002 | 1,461.36 | 12/06/2002 | 38- | | 170432 - WEEK 30 |
| 91197037 | 07/12/2002 | 3,662.36 | 01/10/2003 | 71- | | 188270 |
| 91197274 | 07/12/2002 | 4,828.72 | 01/10/2003 | 71- | | 480453 |
| [illegible] | 07/16/2002 | 5,244.87 | 12/12/2002 | 42- | | 188036 - B |
| | | [illegible] | 01/13/2002 | 13- | | 188452 |
| | | | | | | 176432 - WEEK 28 |

| Doc. Number | Doc. Date | Amount |
|---|---|---|
| 81189137 | 07/02/2002 | 2,230.63 |
| 91189323 | 07/02/2002 | 2,233.80 |
| 91189327 | 07/02/2002 | 1,461.28 |
| 91189549 | 07/02/2002 | 3,201.80 |
| 91189099 | 07/03/2002 | 1,451.30 |
| 91189141 | 07/08/2002 | 1,338.87 |
| 91190774 | 07/08/2002 | 5,187.22 |
| 91191898 | 07/08/2002 | 1,461.28 |
| 91192019 | 07/09/2002 | 3,662.35 |
| 91192201 | 07/09/2002 | 2,230.63 |
| 91192783 | 07/10/2002 | 35,083.28 |
| 91193478 | 07/10/2002 | 1,451.30 |
| 91193878 | 07/10/2002 | 2,306.30 |
| 91193881 | 07/10/2002 | 1,461.28 |
| 91195184 | 07/11/2002 | 33,848.18 |
| 91196093 | 07/11/2002 | 1,461.36 |
| 91197037 | 07/12/2002 | 3,662.36 |
| 91197274 | 07/12/2002 | 4,828.72 |
| 91192184 | 07/16/2002 | 5,244.87 |
| 91196758 | 07/16/2002 | 31,054.60 |
| 91206203 | 07/16/2002 | 1,461.28 |
| [illegible] | 07/16/2002 | 1,461.28 |

The page contains a faxed financial/accounting document rotated 90 degrees, showing statements from E C Geiger Inc (PO Box 205, Harleysville PA 19438) and The Scotts Company (PO Box 93211, Chicago IL 60673-3211), dated 10/31/2002, Account #: 302490. The tables list document numbers, dates, amounts, and aging buckets, but the image quality is too degraded to transcribe individual values reliably.

PO Box 285
HARLEYSVILLE PA 19438

Acct #: 302490
10/31/2002

FAX 1 937 644 7588 SCOTTS LOFT WEST
48 FAX 937 648 2593 SCOTTS

H C OBIGER INC
PO Box 285
HARLEYSVILLE PA 19438

Date 10/31/2002

Page 8

The Scotts Company
PO Box 93211
Chicago IL 60673-3211
US

| Doc. Number | Doc. Date | Amount | Due Date | Days as of 10/31/2002 | Store Number | Purchase Order |
|---|---|---|---|---|---|---|
| 91216314 | 07/27/2002 | 5,260.49 | 01/10/2003 | 71- | | 180283 |
| 91216230 | 07/28/2002 | 2,862.38 | 01/10/2003 | 71- | | 180277 |
| 91216244 | 07/29/2002 | 3,587.77 | 01/10/2003 | 71- | | 188276 |
| 91216831 | 07/29/2002 | 2,387.14 | 01/10/2003 | 71- | | 482066 |
| 91216882 | 07/29/2002 | 2,448.80 | 01/10/2003 | 71- | | 482064 |
| 91216873 | 07/29/2002 | 2,279.19 | 01/10/2003 | 71- | | 482258 |
| 91216874 | 07/29/2002 | 1,460.47 | 01/10/2003 | 71- | | 482260 |
| 91216876 | 07/29/2002 | 3,523.48 | 01/10/2003 | 71- | | 482116 |
| 91216877 | 07/30/2002 | 7,644.06 | 12/27/2002 | 57- | | 188536 - C |
| 91216878 | 07/30/2002 | 1,461.38 | 12/27/2002 | 57- | | 176432 - WEEK 31 |
| 91216891 | 07/30/2002 | 1,461.36 | 12/27/2002 | 57- | | 176432 - WEEK 31 |
| 91218158 | 07/31/2002 | 5,455.54 | 08/23/2002 | 32 | | 190261 |
| 91218102 | 07/31/2002 | 10,235.70 | 11/28/2002 | 28- | | 180261 |
| 91218502 | 07/31/2002 | 1,461.36 | 12/28/2002 | 88- | | 176432 - WEEK 31 |
| 91218506 | 07/31/2002 | 4,626.72 | 01/10/2003 | 71- | | 480494 |
| 91218511 | 07/31/2002 | 2,323.80 | 11/28/2002 | 28- | | 482160 |
| 91218907 | 08/01/2002 | 1,461.38 | 12/29/2002 | 63- | | 176432 - WEEK 31 |
| [illegible] | 08/02/2002 | 4,464.89 | 01/10/2003 | 71- | | 183271 |
| | | [illegible] | 11/30/2002 | 30- | | 482298 |
| | | | | [illegible] | | 176432 - WEEK 32 |
| | | | | | | 176432 - WEEK 32 |

| Doc. Number | Doc. Date | Amount |
|---|---|---|
| 91216314 | 07/27/2002 | 5,260.48 |
| 91216230 | 07/28/2002 | 2,862.98 |
| 91216244 | 07/28/2002 | 3,587.77 |
| 91216831 | 07/29/2002 | 2,387.14 |
| 91216832 | 07/29/2002 | 2,448.88 |
| 91216873 | 07/29/2002 | 2,279.18 |
| 91216874 | 07/29/2002 | 1,460.47 |
| 91216876 | 07/29/2002 | 3,523.40 |
| 91216877 | 07/30/2002 | 7,644.06 |
| 91216878 | 07/30/2002 | 1,461.38 |
| 91216881 | 07/30/2002 | 1,461.36 |
| 91218158 | 07/31/2002 | 5,455.54 |
| 91218182 | 07/31/2002 | 10,235.70 |
| 91218502 | 07/31/2002 | 1,461.38 |
| 91218506 | 07/31/2002 | 4,626.72 |
| 91218511 | 07/31/2002 | 2,323.80 |
| 91218907 | 08/01/2002 | 1,461.38 |
| 91220418 | 08/02/2002 | 4,464.89 |
| 91220530 | 08/02/2002 | 2,584.38 |
| 91221038 | 08/06/2002 | 1,461.38 |
| 91221942 | 08/06/2002 | 1,461.38 |
| [illegible]477 | 08/06/2002 | 11,531.38 |
| | | 2,080.54 |

PO Box 285
HARLEYSVILLE PA 19438

Acct #: 302490
10/31/2002

S C GEIGER INC
PO Box 285
HARLEYSVILLE PA 19438

Date
10/31/2002

Page
5

The Scotts Company
PO Box 93211
Chicago IL 60673-3211
US

| Doc. Number | Doc. Date | Amount | Due Date | Arrears on 10/31/2002 | Store Number | Purchase Order |
|---|---|---|---|---|---|---|
| 91223081 | 08/08/2002 | 5,851.86 | 01/10/2003 | 71- | | 181699 |
| 91223289 | 08/08/2002 | 2,218.20 | 01/10/2003 | 71- | | 482223 |
| 91223315 | 08/08/2002 | 24,788.80 | 12/04/2002 | 84- | | 191203 |
| 91223317 | 08/08/2002 | 25,823.80 | 12/04/2002 | 84- | | 191982 |
| 91224286 | 08/07/2002 | 3,804.48 | 01/10/2003 | 71- | | 191081 |
| 91224628 | 08/07/2002 | 1,451.38 | 01/04/2003 | 86- | | 176432 - WEEK 32 |
| 91226808 | 08/07/2002 | 3,380.23 | 01/10/2003 | 71- | | 482226 |
| 91226882 | 08/08/2002 | 2,218.50 | 01/10/2003 | 71- | | 482222 |
| 91226386 | 08/08/2002 | 2,218.50 | 01/10/2003 | 71- | | 482224 |
| 91227714 | 08/08/2002 | 2,216.50 | 01/10/2003 | 71- | | 482225 |
| 91227719 | 08/08/2002 | 2,216.80 | 01/10/2003 | 71- | | 482225 |
| 91227777 | 08/08/2002 | 4,164.81 | 01/10/2003 | 71- | | 482540 |
| 91228028 | 08/09/2002 | 2,040.10 | 01/10/2003 | 71- | | 186868 |
| 91228881 | 08/12/2002 | 12,782.05 | 12/10/2002 | 40- | | 186806 |
| 91229878 | 08/12/2002 | 5,077.06 | 01/10/2003 | 71- | | 482541 |
| 91232159 | 08/14/2002 | 1,451.38 | 01/11/2003 | 72- | | 176431 - WEEK 33 |
| 91232284 | 08/14/2002 | 1,451.38 | 01/11/2003 | 72- | | 176432 - WEEK 33 |
| 91232834 | 08/15/2002 | 277.80- | 01/10/2003 | 71- | | 108481 8007255 |
| | work for billed not shipped | | | | | |
| 91233838 | 08/15/2002 | 1,451.30 | 01/12/2003 | 73- | | 176432 - WEEK 33 |
| 91235314 | 08/16/2002 | 4,720.78 | 12/14/2002 | 44- | | 190224 |
| 91235374 | 08/16/2002 | 1,451.38 | 01/13/2003 | 74- | | 176432 - WEEK 33 |
| 91235377 | 08/16/2002 | 8,847.88 | 01/10/2003 | 71- | | 191808 |
| 91236384 | 08/16/2002 | 26,116.97 | 09/30/2002 | 31 | | 191858 |

| Doc. Number | Doc. Date | Amount |
|---|---|---|
| 91223081 | 08/08/2002 | 5,851.86 |
| 91223289 | 08/08/2002 | 2,218.28 |
| 91223315 | 08/08/2002 | 24,788.80 |
| 91223317 | 08/08/2002 | 25,823.80 |
| 91224286 | 08/07/2002 | 3,804.48 |
| 91224628 | 08/07/2002 | 1,451.38 |
| 91226808 | 08/07/2002 | 3,380.23 |
| 91226882 | 08/08/2002 | 2,218.50 |
| 91226386 | 08/08/2002 | 2,218.50 |
| 91227714 | 08/08/2002 | 2,216.50 |
| 91227719 | 08/08/2002 | 2,216.80 |
| 91227777 | 08/08/2002 | 4,164.81 |
| 91228028 | 08/09/2002 | 2,040.10 |
| 91228881 | 08/12/2002 | 12,782.05 |
| 91229878 | 08/12/2002 | 5,077.06 |
| 91232159 | 08/14/2002 | 1,451.38 |
| 91232284 | 08/14/2002 | 1,451.38 |
| 91232834 | 08/15/2002 | 277.80- |
| 91233838 | 08/15/2002 | 1,451.30 |
| 91235314 | 08/16/2002 | 4,720.78 |
| 91235374 | 08/16/2002 | 1,451.38 |
| 91235377 | 08/16/2002 | 8,847.88 |
| 91236384 | 08/16/2002 | 26,116.97 |

10/31/02