UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE SCOTTS COMPANY, : | |
| Plaintiff, : | |
| v. : | CIVIL ACTION |
| U.S. HORTICULTURAL SUPPLY, : | NO. 03-CV12316-~~WGY~~ NG |
| INC. (f/k/a E.C. GEIGER, INC. : | |
| a/k/a THE GEIGER COMPANIES), : | |
| Defendant, : | |
| -and- : | |
| BANKNORTH, N.A., : | |
| Trustee Process/ : | |
| Reach-and-Apply : | |
| Defendant. : | |

ASSENTED-TO MOTION OF DEFENDANT
U.S. HORTICULTURAL SUPPLY, INC. FOR
EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendant U.S. Horticultural Supply, Inc. (f/k/a E.C. Geiger, Inc. a/k/a The Geiger Companies) ("USH") moves for an extension of time to answer or otherwise respond to plaintiff's complaint until Friday, December 12, 2003, with the proviso that if USH responds to the complaint other than by answering, USH agrees to and asks the Court to approve an extension of the time for plaintiff The Scotts Company ("Scotts") to oppose any such response, until Wednesday, January 7, 2004.

Scotts, by its counsel, has assented to this motion.

As grounds for this motion, USH states that the requested additional time is sought to allow USH's counsel to consider fully USH's available defenses and prepare an

~BOST1:289931.v1  |11/26/03
310786-1

appropriate response, and also to accommodate the prior scheduling constraints and holiday plans of counsel for both sides.

WHEREFORE, USH requests that this Court grant an extension of time until Friday, December 12, 2003 for USH to file and serve its response to the complaint, and until Wednesday, January 7, 2004 for Scotts to file and serve its opposition to any response to the complaint that may be filed by USH.

U.S. HORTICULTURAL SUPPLY, INC.

By its attorneys,

*Lisa C. Goodheart*
Lisa C. Goodheart (BBO #552755)
PIPER RUDNICK LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA 02110-2600
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Of Counsel:

Timothy C. Russell, Esquire
Monica S. Mathews, Esquire
SPECTOR GADON & ROSEN, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103
(215) 241-8888 (*telephone*)

Dated: November 26, 2003

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT A TRUE COPY OF
THE ABOVE DOCUMENT WAS SERVED
UPON THE ATTORNEY OF RECORD
FOR EACH OTHER PARTY (BY MAIL)
(BY HAND) ON __11/26/03__
*Lisa C. Goodheart*

2