UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2003 DEC 12 P 3: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| THE SCOTTS COMPANY, | |
| Plaintiff, | |
| v. | CIVIL ACTION |
| U.S. HORTICULTURAL SUPPLY, INC. (f/k/a E.C. GEIGER, INC. a/k/a THE GEIGER COMPANIES), | NO. 03-CV12316-NG |
| Defendant, | |
| -and- | |
| BANKNORTH, N.A., | |
| Trustee Process/ Reach-and-Apply Defendant. | |

**ASSENTED-TO MOTION OF DEFENDANT
U.S. HORTICULTURAL SUPPLY, INC. FOR FURTHER
EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendant U.S. Horticultural Supply, Inc. (f/k/a E.C. Geiger, Inc. a/k/a The Geiger Companies) ("USH") moves for a further extension of time to answer or otherwise respond to plaintiff's complaint until Friday, December 19, 2003, with the provision that if USH responds to the complaint other than by answering, USH agrees to and asks the Court to approve an extension of the time for plaintiff The Scotts Company ("Scotts") to oppose any such response, until Wednesday, January 14, 2004.

Scotts, by its counsel, has assented to this motion.

~BOST1:290802.v1
310786-1

As grounds for this motion, USH states that the requested additional time is sought to accommodate the scheduling constraints of counsel for both sides.

WHEREFORE, USH requests that this Court grant an extension of time until Friday, December 19, 2003 for USH to file and serve its response to the complaint, and until Wednesday, January 14, 2004 for Scotts to file and serve its opposition to any response to the complaint that may be filed by USH.

U.S. HORTICULTURAL SUPPLY, INC.

By its attorneys,

_____
Lisa C. Goodheart (BBO #552755)
PIPER RUDNICK LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2600
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Of Counsel:

Timothy C. Russell, Esquire
Monica S. Mathews, Esquire
SPECTOR GADON & ROSEN, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA  19103
(215) 241-8888 (*telephone*)

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/by hand on 12/12/03
_____

Dated:  December 12, 2003

~BOST1:290802.v1
310786-1

2