UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2003 DEC 22 P 1: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| THE SCOTTS COMPANY,<br>          Plaintiff,<br>v.<br><br>U.S. HORTICULTURAL SUPPLY,<br>INC., (f/k/a E.C. GEIGER, INC.<br>a/k THE GEIGER COMPANIES),<br>          Defendant,<br><br>-and-<br><br>BANKNORTH, N.A.,<br>          Trustee/Process<br>          and Reach and<br>          Apply Defendant. | CIVIL ACTION<br>No. 03-CV-12316-NG |

## MOTION TO DISMISS OF DEFENDANT
## U.S. HORTICULTURAL SUPPLY, INC.

Defendant U.S. Horticultural Supply, Inc. ("USH"), through its counsel, hereby moves this Court pursuant to Fed. R. Civ. P. 12 for the entry of an order dismissing plaintiff's verified complaint, with prejudice, and thereby dissolving the temporary restraining order issued by the Superior Court for the Commonwealth of Massachusetts in this action. The grounds in support of the motion are set forth in the accompanying

memorandum of law. In further support of this motion, USH relies on the accompanying Affidavit of Monica S. Mathews.

    Respectfully Submitted,

    U.S. HORTICULTURAL SUPPLY, INC.

    By its attorneys,

    */s/ Bruce E. Falby*
    Lisa C. Goodheart, Esquire (BBO# 552755)
    Bruce E. Falby, Esquire (BBO# 544143)
    PIPER RUDNICK LLP
    One International Place, 21st Floor
    100 Oliver St.
    Boston, MA 02110-2600
    (617) 406-6000

Of Counsel:

Timothy C. Russell, Esquire
Monica S. Mathews, Esquire
Spector Gadon & Rosen, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103
(215) 241-8888

Dated: December 19, 2003

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail [by hand] on 12/19/03

*/s/ Bruce E. Falby*