## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2003 DEC 22  P 1: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

THE SCOTTS COMPANY,
      Plaintiff,

v.

U.S. HORTICULTURAL SUPPLY,
INC., (f/k/a E.C. GEIGER, INC.
a/k THE GEIGER COMPANIES),
      Defendant,

-and-

BANKNORTH, N.A.,
      Trustee/Process
      and Reach and
      Apply Defendant.

CIVIL ACTION
No. 03-CV-12316-NG

### Affidavit of Monica S. Mathews

I, Monica S. Mathews, depose and say as follows:

1.      I am one of the attorneys of record for defendant U.S. Horticultural Supply, Inc. ("USH") in the above-captioned matter. I make this affidavit in support of the Motion to Dismiss of Defendant U.S. Horticultural Supply, Inc.

2.      Attached hereto as Exhibit A is a true and correct copy of The Scotts Company's verified complaint, its *ex-parte* motion for a temporary reach and apply attachment/injunction, and the order granting the motion, filed in the above captioned action.

3.      Attached hereto as Exhibit B is a true and correct copy of the Distributor Agreement between The Scotts Company ("Scotts") and USH.

4.      Attached hereto as Exhibit C is a true and correct copy of USH's amended complaint filed in the United States District Court for the Eastern District of Pennsylvania ("the Pennsylvania Action"), Civ. A. No. 03-773.

5.      Attached hereto as Exhibit D is a true and correct copy of the Answer and counterclaims of respondent/counterclaimant U.S. Horticultural Supply, Inc. in the Ohio Arbitration.

6.      Attached hereto as Exhibit E is a true and correct copy of Scotts' motion to dismiss Count I and motion to dismiss or, in the alternative, stay Counts II and III pending arbitration filed in the Pennsylvania Action.

7.      Attached hereto as Exhibit F is a copy of Scotts' complaint (without exhibits) filed in the Ohio Action.

8.      Attached hereto as Exhibit G is a true and correct copy of Judge Marbley's October 20, 2003 order entered in the Ohio Action.

9.      Attached hereto as Exhibit H is an unsigned copy of the parties' stipulation entered in the Ohio Action.

10.      Attached hereto as Exhibit I is a copy of the Order recommending the appointment of Judge Duncan as arbitrator in the Ohio Action.

11.      Attached hereto as Exhibit J is a true and correct copy of the Arbitration order entered by Judge Duncan in the Ohio Arbitration on December 11, 2003.

12.      Attached hereto as Exhibit K is a true and correct copy of the Asset Purchase Agreement entered into between USH and Griffin Greenhouse Supply, Inc. ("Griffin") on October 31, 2002.

13.      Attached hereto as Exhibit L is a true and correct copy of the Escrow Agreement entered into between USH and Griffin on October 31, 2002.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:    December 19, 2003

*Monica S. Mathews*

Monica S. Mathews

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above
document was served upon the attorney of record
for each other party by mail (by hand) on 12/19/03
*Bruce E Falby*