UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*FILED*

2004 JAN 12 P 1: 34

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| THE SCOTTS COMPANY, : | |
| Plaintiff, : | |
| v. : | CIVIL ACTION |
| U.S. HORTICULTURAL SUPPLY, : | NO. 03-CV12316-NG |
| INC. (f/k/a E.C. GEIGER, INC. : | |
| a/k/a THE GEIGER COMPANIES), : | |
| Defendant, : | |
| -and- : | |
| BANKNORTH, N.A., : | |
| Trustee Process/ : | |
| Reach-and-Apply : | |
| Defendant. : | |

### ASSENTED-TO MOTION OF PLAINTIFF, THE SCOTTS COMPANY, FOR A ONE WEEK EXTENSION TO RESPOND TO MOTION TO DISMISS

Plaintiff, The Scotts Company ("Scotts"), hereby moves for a one-week extension of time to respond to Defendant U.S. Horticultural Supply, Inc. (f/k/a E.C. Geiger, Inc. a/k/a The Geiger Companies) ("USH"), motion to dismiss until Wednesday, January 21, 2004.

USH, by its counsel, has assented to this motion.

As grounds for this motion, Scotts states that the requested additional time is sought to accommodate the scheduling constraints of counsel.

~BOST1:290802.v1 |12/11/03
310786-1

WHEREFORE, Scotts requests that this Court grant an extension of time until Wednesday, January 21, 2004 for Scotts to file and serve its response to the motion to dismiss.

THE SCOTTS COMPANY

By its attorneys,

_____
Gregory T. Arnold, Esquire (BBO # 632738)
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, Massachusetts  02111
*Tel.* (617) 856-8200
*Fax* (617) 856-8201

Dated: January 12, 2004

#1250530 v\1 - arnoldgt - qswy01!.doc - 24091/1

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON

_____
Greg Arnold
SIGNATURE