UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE SCOTTS COMPANY,<br>       Plaintiff,<br>v.<br><br>U.S. HORTICULTURAL SUPPLY,<br>INC., (f/k/a E.C. GEIGER, INC.<br>a/k/a THE GEIGER COMPANIES),<br>       Defendant,<br><br>-and-<br><br>BANKNORTH, N.A.,<br>       Trustee/Process<br>       and Reach and<br>       Apply Defendant. | CIVIL ACTION<br>NO. 03CV1236WGY |

## SUGGESTION OF BANKRUPTCY

To the Clerk of the Court:

    Please be advised that on February 2, 2004, U.S. Horticultural Supply, Inc. (f/k/a E.C. Geiger, Inc.), defendant in the above-captioned proceeding, filed a Voluntary Petition under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of Pennsylvania, Case No. 04-11508(DWS). A true and correct copy of the time-stamped Voluntary Petition is attached hereto and made a part hereof as Exhibit "A."

~BOST1:293806.v1
310786-1

As such, pursuant to 11 U.S.C. § 362, all actions against the defendant, U.S. Horticultural Supply, Inc. (f/k/a E.C. Geiger, Inc. a/k/a The Geiger Companies), are stayed.

Respectfully submitted,

By its attorneys,

U.S. HORTICULTURAL SUPPLY, INC.
(f/k/a E.C. GEIGER, INC. a/k/a THE GEIGER COMPANIES)

*/s/ Lisa C. Goodheart*

Lisa C. Goodheart, Esq. (BBO #552755)
PIPER RUDNICK LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2600
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Of Counsel:

Timothy C. Russell, Esquire
Monica S. Mathews, Esquire
Spector Gadon & Rosen, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103
(215) 241-8888

February 5, 2004

2

## CERTIFICATE OF SERVICE

I, Lisa C. Goodheart, hereby certify that on February 5, 2004, I caused a true and correct copy of the foregoing *Suggestion of Bankruptcy* to be served today by facsimile and first-class mail upon the following:

Gregory T. Arnold, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA  02111
(617) 856-8201

Bruce D. Berns, Esq.
Abendroth, Berns & Warner, LLC
47 Church Street, Suite 301
Wellesley, MA  02482

_____
Lisa C. Goodheart

3

~BOST1:293806.v1
310786-1