UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 27 P 2: 17

U.S. DISTRICT COURT
DISTRICT OF MASS

| THE SCOTTS COMPANY,<br>    Plaintiff<br><br>v.<br><br>U.S. HORTICULTURAL SUPPLY, INC.<br>(f/k/a E.C. Geiger, Inc. a/k/a The Geiger<br>Companies),<br>    Defendant<br><br>and<br><br>BANKNORTH, N.A.,<br><br>    Trustee Process/Reach<br>    and Apply Defendant. |
|---|

CIVIL ACTION
No. 03-CV-12316-NG

## STIPULATION OF DISMISSAL

The undersigned parties, by and through their respective counsel, pursuant to Fed.R.Civ.P. 41(a)(1) hereby file this Stipulation of Dismissal with respect to the above-captioned action.

The parties note that on February 13, 2004, the following electronic order was entered on the Court's docket:

> ELECTRONIC ORDER OF ADMINISTRATIVE STAY/CLOSING entered. On February 13, 2004 this Court hereby enters a stay of all proceedings in this action pending the conclusion of the Bankruptcy proceedings. To avoid the necessity of counsel appearing at periodic status conferences, it is hereby ORDERED: The above-entitled action is hereby closed administratively without prejudice to the right of any party to restore it to the active docket upon termination of the Bankruptcy proceedings, if any further action is required. (Molloy, Maryellen) (Entered: 02/13/2004)

Thus, while the case appears to be "closed" on the court's docket, the parties would like to ensure that the case is dismissed.

| | |
|---|---|
| THE SCOTTS COMPANY | U.S. HORTICULTURAL SUPPLY, INC. |
| By its Attorneys, | By its Attorneys, |
| */s/ Gregory Arnold* | |
| Gregory T. Arnold, Esquire | Lisa C. Goodheart, Esquire |
| BROWN RUDNICK BERLACK ISRAELS LLP | Piper Rudnick LLP |
| One Financial Center | One International Place |
| Boston, Massachusetts 02111 | Boston, MA 02110 |
| Tel. (617) 856-8200 | Tel., (617) 406-6023 |
| Fax (617) 856-8201 | Fax (617) 406-6123 |

BANKNORTH, N.A.

By its Attorneys,

*/s/ Bruce D. Berns*
Bruce D. Berns, Esquire
Abendroth Berns & Warner LLC
47 Church Street, Suite 301
Wellesley, MA 02482
Tel. (781) 237-9188
Fax (781) 237-8891

Dated: December ___, 2004

> I, Gregory T. Arnold, hereby certify that on this ___ day of December, 2004, I served the foregoing pleading on counsel for all parties, via first-class mail, postage pre-paid.
>
> _____
> Gregory T. Arnold

Thus, while the case appears to be "closed" on the court's docket, the parties would like to ensure that the case is dismissed.

| THE SCOTTS COMPANY | U.S. HORTICULTURAL SUPPLY, INC. |
|---|---|
| By its Attorneys, | By its Attorneys, |
| _____ | /s/ Lisa Goodheart |
| Gregory T. Arnold, Esquire | Lisa C. Goodheart, Esquire |
| BROWN RUDNICK BERLACK ISRAELS LLP | DLA Piper Rudnick Gray Cary US LLP |
| One Financial Center | One International Place, 21st Floor |
| Boston, Massachusetts 02111 | Boston, MA  02110 |
| Tel. (617) 856-8200 | Tel., (617) 406-6023 |
| Fax (617) 856-8201 | Fax (617) 406-6123 |

BANKNORTH, N.A.

By its Attorneys,

_____
Bruce D. Berns, Esquire
Abendroth Berns & Warner LLC
47 Church Street, Suite 301
Wellesley, MA 02482
Tel. (781) 237-9188
Fax (781) 237-8891

Dated: December ___, 2004

> I, Gregory T. Arnold, hereby certify that on this ___ day of December, 2004, I served the foregoing pleading on counsel for all parties, via first-class mail, postage pre-paid.
>
> _____
> Gregory T. Arnold

#1251282 v\1 - arnoldgt - qth%01!.doc - 24091/1

2